UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN AARON GASS, )<br>)<br>Defendant. )<br>_____ ) | 25-mj-279 (MAU) |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Federal Public Defender has reassigned this case from Assistant Federal Public Defender Mary Petras to Assistant Federal Public Defender Scott Krischke. Please substitute the appearance of Assistant Federal Public Defender Scott Krischke on behalf of the defendant, John Gass, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SCOTT KRISCHKE
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Scott_Krischke@fd.org