UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:15-CR-00396-SLS |
| | ) | |
| | ) | |
| JOHN AARON GASS, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF SPEEDY TRIAL

Comes now the Defendant, JOHN AARON GASS, and, through counsel SCOTT J KRISCHKE, executes this Waiver of a Speedy Trial, pursuant to 18 U.S.C. §3161, et seq. to allow for this matter to be heard for an arraignment on January 8, 2026, pursuant to the indictment the government filed on December 19, 2025. **Doc. 13**. He further states to the Court that he has been advised by counsel and understands that the statute, commonly known as the Speedy Trial Act, provides time limits to insure that a criminal case proceeds to a conclusion without unnecessary delay at any stage; that ordinarily a trial is scheduled to start not less than thirty (30) days from the date when the defendant first appeared with counsel or more than seventy (70) days from the time the defendant entered a plea of not guilty; and that certain periods of delay would be excluded from calculating the seventy (70) day limitation.

     Mr. Gass has authorized Counsel to waive speedy trial time from the date of the filing of this waiver until January 8 for his arraignment hearing before this Court. The interests of Mr. Gass and the interests of justice are best served with this waiver, as it allows Mr. Gass to review forthcoming discovery and discuss potential defense strategies having now received the indictment. He further acknowledges that this waiver means that the speedy trial clock will be tolled between **December 30, 2025 and January 8, 2026** for the purposes stated herein.

WHEREFORE, Mr. GASS asks that the aforementioned time be excluded from the speedy trial clock to allow him to receive and review the indictment and discovery and discuss potential defenses with defense counsel.

A. J. KRAMER
Federal Defender, District of Columbia


BY:

*/s/Scott Krischke*
SCOTT J KRISCHKE, #5015771 (NY)
Assistant Federal Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC
Telephone: (202) 208-7500
Fax: (202) 208-7515
E-mail: Scott_Krischke@fd.org

ATTORNEY FOR DEFENDANT