# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 25-cr-396 |
| **v.** : | |
| : | |
| **JOHN AARON GASS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 1st Production, as outlined in the enclosed discovery letter, dated January 2, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 809-3575
rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

January 2, 2026

**VIA USAFX**

Scott Krischke, Esq.

      Re:    Discovery Production Letter No. 1
                *United States v. John Aaron Gass,* 25-cr-396

Dear Counsel:

    I am writing to memorialize the production of the following material in discovery on January 2, 2026:

**On USAFX:**

Production No. 1:

- Body worn camera files (2 files)
    - 20251119_1400_Main_Drive_NW_sexual_abuse_allegation.mp4
    - 20251119_1400_Main_Drive_NW_sexual_abuse_allegation_2.mp4
- Screen recordings of MV1's phone (6 files)
    - 20251119-Evidence-.MOV
    - 20251119-Evidence-2.MOV
    - 20251119-Evidence-3.MOV
    - 20251119-Evidence-4.MOV
    - IMG_0953.mp4
    - IMG_0954.MOV
    - IMG_0955.MOV
- Screenshots of MV1's phone (6 files)
    - 20251119-Evidence-.HEIC
    - 20251119-Evidence-2.HEIC
    - 20251119-Evidence-3.HEIC
    - 20251119-Evidence-4.HEIC
    - 20251119-Evidence-5.HEIC
    - 20251119-Evidence-6.HEIC

- DCI Report: 2025-11-19_DCI Report_Redacted.pdf
- MPD paperwork (17 PDFs)
    - Confirmation_photo_John_Gass_Redacted.pdf
    - 1_Case Jacket - Case _ 25175824_Redacted.pdf
    - 2_Report Packet - 25175824 Youth Division - Case Note 3_ Photo Identification Procedure.pdf
    - 3_Public Packet - 25175824 Offense_Incident_ Sexual Abuse Investigation _ Incident_Redacted.pdf
    - 4_Report Packet - 25175824 Youth Division - Case Note 10_ Follow Up with Mother_Redacted.pdf
    - 5_Report Packet - 25175824 Youth Division - Case Note 4_ ICR_Redacted.pdf
    - 6_Report Packet - 25175824 Youth Division - Case Note 7_ BOLO and 360 Submitted for Official Revie.pdf
    - 7_Report Packet - 25175824 Youth Division - Case Note 8_ Preservation Request.pdf
    - 8_Report Packet - 25175824 Youth Division - Case Note 1_ YFSD Referral.pdf
    - 9_Cover Sheet - 25175824 Offense_Incident_ Sexual Abuse Investigation _ Incident_Redacted.pdf
    - 10_Report Packet - 25175824 Youth Division - Case Note 2_ CRS Workup.pdf
    - 11_Report Packet - 25175824 Youth Division - Case Note 6_ Suspect Vehilcle Search.pdf
    - 12_Report Packet - 25175824 Youth Division - Case Note 11_ 11. Contact with Teen Advocate.pdf
    - 13_Report Packet - 25175824 Offense_Incident_ Sexual Abuse Investigation _ Incident_Redacted.pdf
    - 14_Report Packet - 25175824 Youth Division - Case Note 9_ CCTV Request through Genetec.pdf
    - 15_Report Packet - 25175824 Youth Division - Case Note 5_ Safe Shores Referral.pdf
    - 16_Report Packet - 25175824 Case Review  1_ Sgt Case Review.pdf
- MPD Interviews
    - 20251119-Director_of_Human_Resources_Interview-5002_Hayes_St_NE,_WDC.m4a
    - 20251119-Patrol_Officers_Initial_Contact-5002_Hayes_Street_NE,_WDC.m4a
    - 20251119-Principal_Nace's_Interview-5002_Hayes_St_NE_WDC.m4a

Please note that these files have been designated as Sensitive pursuant to the discovery protective order.  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Rachel Bohlen*

Rachel Bohlen
Assistant United States Attorney
Phone: (202) 809-3575
E-mail: Rachel.Bohlen@usdoj.gov